# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DIANE P. BERNEY,

    Plaintiff,

vs.                               CASE NO. 5:08cv263/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion For Attorney's Fees under the Equal Access to Justice Act (Doc. 23) is granted. Plaintiff is entitled to recover fees in the amount of $1,437.50 pursuant to 28 U.S.C. §2412 for time expended by Plaintiff's counsel in representing Plaintiff before the United States District Court for the Northern District of Florida.

3. The amount of attorney's fees and the hourly rates requested by Plaintiff under the EAJA are reasonable. The Commissioner is directed to pay Plaintiff $1,437.50.

4       The clerk is directed to close the file.


**ORDERED** on September 28, 2009.


    /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**